AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of New York

| | |
|---|---|
| Luis Baez<br>*Plaintiff(s)*<br>v.<br>Agora Realty LLC, America Realty LLC, and Ilias Theodoropoulos<br>*Defendant(s)* | Civil Action No. 18cv6492 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Agora Realty LLC
　　　　　　　　　　　　　　　　　America Realty LLC
　　　　　　　　　　　　　　　　　Ilias Theodoropoulos
　　　　　　　　　　　　　　　　　3808 Bell Blvd
　　　　　　　　　　　　　　　　　Bayside, NY 11361-2170
　　　　　　　　　　　　　　　　　Queens County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Jesse C. Rose, Esq.
　　The Rose Law Group, PLLC
　　31-09 Newtown Avenue Suite 309
　　Astoria, New York 11102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



　　　　　　　　　　　　　　　　　　　　Douglas C. Palmer
　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　/s/Priscilla Bowens

Date: 11/19/2018
　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*